**Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JAN 27 2025
AT _____ O'CLOCK
John M. Domurad, Clerk - Syracuse

United States District Court for the District of NORTHERN DISTRICT OF NEW YORK

File Number 5:24-cv-1181

ABRAHAM SHITRAI ISRAEI, A.R )
      *Plaintiff,* )
v. )        Notice of Appeal
CITY OF SYRACUSE, et al )
)
      *Defendant.* )

Notice is hereby given that MINISTER ABRAHAM SHITRAI ISRAEL, A.R , (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the SECOND Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 27 day of _____, 20 25 .

/s/
MINISTER ABRAHAM SHITRAI ISRAEL, A.R

Attorney for PRO SE
Address: 483 E UTICA ST
BUFFALO, NY 14208

[*Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

Israel v. City of Syracuse, et al (see 5:24-cv-1181; 5:21-cv-09115) A.R

*See Rule 3(c) for permissible ways of identifying appellants

APPEAL,PRO SE

# U.S. District Court
## Northern District of New York – Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.2)] (Syracuse)
### CIVIL DOCKET FOR CASE #: 5:24−cv−01181−BKS−ML
*Internal Use Only*

| | |
|---|---|
| Israel v. The City of Syracuse et al | Date Filed: 09/26/2024 |
| Assigned to: Chief Judge Brenda K. Sannes | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Miroslav Lovric | Nature of Suit: 440 Civil Rights: Other |
| Demand: $1,400,000,000 | Jurisdiction: Federal Question |
| Cause: 42:1983 Civil Rights Act | |

**Plaintiff**

**Minister Abraham S. Israel**  represented by **Abraham S. Israel**
*AR*  483 E. Utica St.
 Buffalo, NY 14208
 612−424−0527
 Email:
 PRO SE

V.

**Defendant**

**The City of Syracuse**

**Defendant**

**Phillips**
*Members of Syracuse Police Department and Individually*

**Defendant**

**L. Cooper**
*Members of Syracuse Police Department and Individually*

**Defendant**

**E. Francisco**
*Members of Syracuse Police Department and Individually*

**Defendant**

**The County of Onondaga**

**Defendant**

**Deputy Delong**
*Individually*

**Defendant**

**Ronnie White, Jr.**
*Esq., Individually*

**Defendant**

**Christina DeJoseph**
*Individually*

**Defendant**

**Gordon J. Cuffy**
*Individually*

**Defendant**

**Bradley W. Oastler , Esq.**
*Individually*

**Defendant**

**William J. Fitzpatrick**
*Individually*

**Defendant**

**Donald Kelly**
*Individually*

**Defendant**

**Marsha Hunt**
*Esq., Individually*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2024 | 1 | COMPLAINT with JURY DEMAND against L. Cooper, Gordon J. Cuffy, Christina DeJoseph, Delong, William J. Fitzpatrick, E. Francisco, Marsha Hunt, Donald Kelly, Bradley W. Oastler, Esq, Phillips, The City of Syracuse, The County of Onondaga, Ronnie White, Jr. filed by Abraham S. Israel. (Attachments: # 1 Exhibits, # 2 Civil Cover Sheet) {Filed over SYR Public Counter} (ztc) (Entered: 09/27/2024) |
| 09/26/2024 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Abraham S. Israel. Motions referred to Magistrate Judge Miroslav Lovric. (ztc) (Entered: 09/27/2024) |
| 09/26/2024 | 3 | PRO SE NOTICE issued and explained to Abraham S. Israel at time complaint was filed. {Pro Se Plaintiff stated they already have a copy of the local rules and pro se handbook} (ztc) (Entered: 09/27/2024) |
| 11/04/2024 | 4 | TEXT ORDER: Plaintiffs Motion 2 seeking Leave to Proceed in Forma Pauperis is DENIED as incomplete. Plaintiff failed to completely answer questions 1, 2, 3, & 8. See Docket, IFP 2 . If Plaintiff desires to pursue this action he must, within 30 days, either (1) pay the $405.00 filing fee in full, or (2) submit a completed and signed IFP application form in accordance with the Court's Local Rules. **Plaintiff is advised that failure to comply with court orders or failure to pursue this litigation may result in sanctions being imposed pursuant to fed. R. Civ. P. 37 & 41, including dismissal of the case.** SO ORDERED by U.S. Magistrate Judge Miroslav Lovric on 11/4/2024. (Copy served on Plaintiff via regular mail) (jdc) (Entered: 11/04/2024) |
| 11/05/2024 | 5 | AMENDED MOTION for Leave to Proceed in forma pauperis filed by Abraham S. Israel. Filed over the counter in the Syracuse Clerk's Office. Motions referred to Miroslav Lovric. (mmg). (Entered: 11/05/2024) |
| 01/21/2025 | 6 | NOTICE OF CHANGE OF ADDRESS filed over the counter in Syracuse by Abraham S. Israel Effective Date 1/31/2025 Old Address: 1409 S. McBride St. #2, Syracuse, NY 13202 New Address: 483 E. Utica St, Buffalo, NY 14208 (tll) (Entered: 01/21/2025) |
| 01/23/2025 | 7 | Letter Motion from Abraham S. Israel requesting withdrawal of his In Forma Pauperis Motion and his change of address request filed over the counter in Syracuse submitted to Judge Miroslav Lovric. (tll) (Entered: 01/23/2025) |
| 01/27/2025 | 8 | TEXT ORDER: Plaintiff Motion 7 seeking that his In Forma Pauperis (IFP) Motion 5 be withdrawn is GRANTED. Therefore, IFP Motion 5 is DENIED as being WITHDRAWN. As a result, if Plaintiff desires to continue to pursue this action he must, within 30 days of this Order, pay the $405.00 filing fee in full. This action |

| | | |
|---|---|---|
| | | cannot proceed until Plaintiff pays the filing fee given that he has withdrawn his IFP application. Furthermore, if Plaintiff wishes to discontinue this action, he should file a letter so advising. Plaintiff is advised that failure to comply with this court order or failure to pursue this litigation may result in sanctions being imposed pursuant to fed. R. Civ. P. 37 & 41, including dismissal of the case. SO ORDERED by U.S. Magistrate Judge Miroslav Lovric on 1/27/2025. (Copy served on Plaintiff via regular mail) (jdc ) (Entered: 01/27/2025) |
| 01/27/2025 | 9 | Letter Motion from Abraham S. Israel requesting another judge and a change of address submitted to Judge Miroslav Lovric. New address is 483 E. Utica St., Buffalo, NY 14208 (tll) (Entered: 01/27/2025) |
| 01/27/2025 | 10 | MOTION for Leave to Proceed in forma pauperis filed by Abraham S. Israel Motions referred to Miroslav Lovric. (tll) (Entered: 01/27/2025) |
| 01/27/2025 | 11 | NOTICE OF INTERLOCUTORY APPEAL as to 8 Order on Motion for Leave to Proceed in forma pauperis and Order on Letter Request filed by Abraham S. Israel over the counter in Syracuse. IFP pending. (tll) (Entered: 01/27/2025) |
| 01/27/2025 | 12 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 11 Notice of Interlocutory Appeal (tll) (Entered: 01/27/2025) |